**Order issued November 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

———————————————————————

No. 05-15-00427-CR
No. 05-15-00428-CR
No. 05-15-00429-CR

———————————————————————

**HECTOR OMAR ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Francis, Evans, Stoddart

Based on the Court's opinion of this date, we **GRANT** the August 31, 2015 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Hector Omar Romero, TDCJ No. 01993099, Rudd Unit, 2004 Lamesa Hwy, Brownfield, Texas, 79316.

/s/ David Evans
DAVID EVANS
JUSTICE